1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation, | Case No. C04-1034 EMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| BUTLER CHEMICAL, LLC, a New York limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| BUTLER CHEMICAL LLC, a New York limited liability company, | |
| Counterclaimant, | |
| vs. | |
| MONSTER CABLE PRODUCTS, INC., a California corporation; and Does 51 through 100, inclusive, | |
| Counterdefendants. | |

///

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
Case No. C 04 1034 EMC

1  James C. Schroeder, an active member in good standing of the bar of Washington, whose business address and telephone number is LaRiviere, Grubman & Payne, LLP, 1402 3rd Avenue, Suite 1414, Seattle, WA 98101, (206) 332-0743, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MONSTER CABLE PRODUCTS, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the part. All future filings int his action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/24/05

EDWARD M. CHEN
United States Magistrate Judge

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
Case No. C 04 1034 EMC

- 2 -