1  Robert W. Payne (Bar No. 073901)
   Brent A. Capehart, (Okla. Bar No. 174847) *Pro Hac Vice*
2  LaRiviere, Grubman & Payne, LLP
   19 Upper Ragsdale Drive, Suite 200
3  P.O. Box 3140
   Monterey, CA  93940
4
   Attorneys for Plaintiff MONSTER CABLE
5  PRODUCTS, INC.

6  Daniel J. Kelly (Bar No. 145088)
   L. Julius M. Turman (Bar No. 226126)
7  HAIGHT BROWN & BONESTEEL LLP
   100 Bush Street, 27th Floor
8  San Francisco, California 94104-3967
   Telephone: 415.986.7700
9  Facsimile: 415.986.6945

10 Attorneys for Defendant
   BUTLER CHEMICAL LLC
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 MONSTER CABLE PRODUCTS, INC., a    )  Case No. C 04 1034 EMC
   California corporation,            )
                                      )  **JOINT STIPULATION OF**
16             Plaintiff,             )  **DISMISSAL ; ORDER**
        vs.                           )
17                                    )
   BUTLER CHEMICAL LLC, a New York    )
18 limited liability company, et al., )
                                      )
19             Defendant.             )
   _____)
20
   BUTLER CHEMICAL LLC, a New York    )
21 limited liability company,         )
                                      )
22             Counterclaimant,       )
        vs.                           )
23                                    )
   MONSTER CABLE PRODUCTS, INC., a    )
24 California corporation; and Does 51)
   through 100, inclusive,            )
25                                    )
               Counterdefendant.      )
26 _____)

27

28

                                    1                    Case No. C 04 1034 EMC
                                                         STIPULATED DISMISSAL

1  Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff Monster Cable
2  Products, Inc. ("Monster") and Defendant Butler Chemical LLC. ("Butler") hereby notify
3  the Court that they have settled the claims in this action, and therefore jointly stipulate to
4  the dismissal of this action with prejudice, with the parties to bear their own attorney's fees
5  and costs associated with this action.
6  WHEREFORE, the Parties respectfully request an entry of an Order dismissing this
7  action with prejudice. A proposed Order is attached.

9  Dated: January 21, 2006                LARIVIERE, GRUBMAN & PAYNE, LLP

11  By: _____
    Robert W. Payne, Esq.
12  Brent A. Capehart, Esq.
    Attorneys for Defendant
13  MONSTER CABLE
    PRODUCTS, INC.

15  Dated: January 23, 2006               HAIGHT BROWN & BONESTEEL LLP

17  By: _____
    Daniel J. Kelly
18  L. Julius M. Turman
    Attorneys for Defendant
19  BUTLER CHEMICAL LLC

1  Robert W. Payne (Bar No. 073901)
   Brent A. Capehart, (Okla. Bar No. 174847) *Pro Hac Vice*
2  LaRiviere, Grubman & Payne, LLP
   19 Upper Ragsdale Drive, Suite 200
3  P.O. Box 3140
   Monterey, CA 93940
4
   Attorneys for Plaintiff MONSTER CABLE
5  PRODUCTS, INC.

6  Daniel J. Kelly (Bar No. 145088)
   L. Julius M. Turman (Bar No. 226126)
7  HAIGHT BROWN & BONESTEEL LLP
   100 Bush Street, 27th Floor
8  San Francisco, California 94104-3967
   Telephone: 415.986.7700
9  Facsimile: 415.986.6945

10 Attorneys for Defendant
   BUTLER CHEMICAL LLC
11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14

15 MONSTER CABLE PRODUCTS, INC., a ) Case No. C 04 1034 EMC
   California corporation,           )
                                     ) **ORDER OF DISMISSAL WITH**
16          Plaintiff,               ) **PREJUDICE**
       vs.                           )
17                                   )
   BUTLER CHEMICAL LLC, a New York   )
18 limited liability company, et al.,)
                                     )
19          Defendant.               )
   ----------------------------------)
20                                   )
   BUTLER CHEMICAL LLC, a New York   )
21 limited liability company,        )
                                     )
22          Counterclaimant,         )
       vs.                           )
23                                   )
   MONSTER CABLE PRODUCTS, INC., a   )
24 California corporation; and Does 51)
   through 100, inclusive,           )
25                                   )
            Counterdefendant.        )
26 ----------------------------------)

27

28

                                    1                    Case No. C 04 1034 EMC
                                                         ORDER OF DISMISSAL

1 THIS CAUSE came before the Court on the Joint Stipulation of Dismissal With
2 Prejudice. This Court, finding that the Parties have resolved the claims in this action and
3 therefore agree to the dismissal of this action with prejudice, and being otherwise fully
4 advised in the premises, hereby
5   ORDERS AND ADJUDGES that this Action is hereby DISMISSED WITH
6 PREJUDICE with all parties to bear their own attorney's fees and costs.
7   DONE AND ORDERED this 24th day of January 2006.

_____
EDWARD M. CHEN
United States Magistrate Judge

## PROOF OF SERVICE

I am over the age of 18 years of age and not a party to the within action. My business address is P.O. Box 3140, Monterey, California 93940. On January 23, 2006, I served the following documents:

1. **JOINT STIPULATION FO DISMISSAL AND [PROPOSED] ORDER.**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested party herein and addressed to:

Julius Turman, Esq.
HAIGHT BROWN & BONESTEEL LLP
100 Bush Street, 27th Floor
San Francisco, CA 94104-3967

__X__ **MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated by U.S. Mail. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of businesses.

____ **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____ **BY FACSIMILE**: By use of facsimile machine telephone number ( ) _____, I served a copy of the within documents on the below party at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2006 at Monterey, California.

_/s/ Marie Crépeau_
Marie Crépeau